**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

BRADLEY AMMERMAN,

                 Plaintiff,                Case No. _____

v.

GOLDMAN SACHS BANK USA

                 Defendant.

## NOTICE OF REMOVAL FROM STATE COURT

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, defendant Goldman Sachs Bank USA ("Defendant"), hereby removes the action titled <u>Bradley Ammerman v. Goldman Sachs Bank USA,</u> Case No. SC-2025-7196, from the Small Claims Court of Oklahoma County (the "Action") to the United States District Court for the Western District of Oklahoma. The Action may be removed because Plaintiff's claims present a federal question.

1.     <u>Removal Is Timely</u>.  On or about April 11, 2025, plaintiff Bradley Ammerman ("Plaintiff") filed the Action in the Small Claims Court of Oklahoma County. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the pleadings filed in the Action are attached hereto as **Exhibit A**.  Defendant was served with a copy of the summons and Affidavit (the "Complaint") in the Action on April 15, 2025.  Defendant has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because Defendant has filed it within thirty (30) days of service of the Complaint.

2.     <u>This Court Has Federal Question Jurisdiction Over the Action</u>.  The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331

and is one that Defendant may remove to this Court pursuant to 28 U.S.C. § 1441. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Stated differently, claims "arise under" federal law when a "well-pleaded complaint establishes . . . that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law, in that federal law is a necessary element of one of the well-pleaded . . . claims." Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 808 (1988) (quoting Franchise Tax Bd., 463 U.S. at 13, 27–28) (internal quotation marks and citations omitted). Plaintiff alleges that Defendant violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA"), which is a claim arising under the laws of the United States and subject to this Court's removal jurisdiction under 28 U.S.C. §§ 1331 and 1441(a).

3.      Venue Is Proper In This Court. This is the proper district court for removal because the Small Claims Court of Oklahoma County, is located within the jurisdiction and venue of the United States District Court for the Western District of Oklahoma. See 28 U.S.C. § 1441(a).

4.      Notice Will Be Effected. Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal will be served on Plaintiff, the only adverse party, simultaneously with this filing. Additionally, a duplicate copy of this Notice of Removal, without exhibits, will be filed in the Action in state court. By filing a Notice of Removal, Defendant does not waive any

arguments, defenses, affirmative defenses, or rights, all of which are hereby specifically reserved.

Dated: May 15, 2025                    Respectfully submitted,


/s/ Shawn D. Golden_____
Shawn D. Golden (OBA #21431)
shawn.golden@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5048
Telephone: 713-890-5000
Fax: 713-890-5001

**ATTORNEYS FOR DEFENDANT**
**GOLDMAN SACHS BANK USA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date May 15, 2025, the foregoing Notice of Removal and Exhibits was filed with the Clerk of Courts and will be subsequently served via Certified Mail Return Receipt Requested on the following:

Bradley Ammerman
120 E 5th Street
Arcadia, Oklahoma 73007
405.414.3338

*Plaintiff, in propria persona*

| Dated: May 15, 2025 | |
|---|---|
| | /s/ Shawn D. Golden<br>Shawn D. Golden (OBA #21431)<br>shawn.golden@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002-5048<br>Telephone: 713-890-5000<br>Fax: 713-890-5001<br><br>**ATTORNEYS FOR DEFENDANT**<br>**GOLDMAN SACHS BANK USA** |