## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Bradley Ammerman,<br>    Plaintiff,<br>v.<br>Goldman Sachs Bank,<br>    Defendant. | No. SC-2025-7196<br>(Small Claims:<br>INDEBTEDNESS <$5000.00.)<br><br>Filed: 04/11/2025<br><br><br>Judge: Chief Special Judge |

## Parties

Ammerman, Bradley , Plaintiff
Goldman Sachs Bank , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| **Tuesday, June 3, 2025 at 8:30 AM**<br>HEARING(HEA) | | Small Claims Judge | |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: INDEBTEDNESS <$5000.00. (SCINDEBT1)
Filed by: Ammerman, Bradley
Filed Date: 04/11/2025

**Party Name:**      **Disposition Information:**

Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|---|---|---|---|---|---|---|---|---|
| 04-11-2025 | TEXT<br>SMALL CLAIMS INITIAL FILING. | 1 | | 125218158 | Apr 11 2025<br>3:26:55:420PM | OSCN\JoeHawkins | - | $ 0.00 |
| 04-11-2025 | SCINDEBT1<br>INDEBTEDNESS <$5000.00. | - | | 125218161 | Apr 11 2025<br>3:26:55:547PM | OSCN\JoeHawkins | Realized | $ 0.00 |
| 04-11-2025 | AFDC1<br>AFFIDAVIT($ 45.00) | - | | 125218162 | Apr 11 2025<br>3:26:55:600PM | SYSTEM\Autodocket | Realized | $ 45.00 |
| 04-11-2025 | DMFE<br>DISPUTE MEDIATION FEE($ 7.00) | - | | 125218163 | Apr 11 2025<br>3:26:55:600PM | SYSTEM\Autodocket | Realized | $ 7.00 |
| 04-11-2025 | PFE7 | - | | 125218164 | Apr 11 2025<br>3:26:55:600PM | SYSTEM\Autodocket | Realized | $ 6.00 |

LAW LIBRARY FEE($ 6.00)

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-11-2025 AFD | - | 125221740 | Apr 14 2025 8:25:21:030AM | OSCN\shawnamckay | - | $ 0.00 |

AFFIDAVIT/$1000

📄 *Document Available at Court Clerk's Office (#1061501177)*

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-11-2025 TEXT | - | 125218159 | Apr 11 2025 3:26:55:500PM | OSCN\JoeHawkins | - | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CHIEF SPECIAL JUDGE TO THIS CASE.

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-11-2025 ADJUST | - | 125218199 | Apr 11 2025 3:27:34:907PM | OSCN\JoeHawkins | Realized | $ 1.45 |

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION($ 1.45)

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-11-2025 ACCOUNT | - | 125218200 | Apr 11 2025 3:27:34:907PM | OSCN\JoeHawkins | - | $ 0.00 |

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE
FOLLOWING AMOUNTS:
SC-2025-7196: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
SC-2025-7196: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
SC-2025-7196: AC01 CLERK FEES -$1.12

| | | | | | | |
|---|---|---|---|---|---|---|
| 04-11-2025 ACCOUNT | - | 125218201 | Apr 11 2025 3:27:35:057PM | OSCN\JoeHawkins | - | $ 0.00 |

RECEIPT # 2025-5829360 ON 04/11/2025.
PAYOR: LLC/HOPE CITY REALTY TOTAL AMOUNT PAID: $ 58.00.
LINE ITEMS:
SC-2025-7196: $43.88 ON AC01 CLERK FEES.
SC-2025-7196: $1.45 ON AC09 CARD ALLOCATIONS.
SC-2025-7196: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
SC-2025-7196: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.

| | | | | | | |
|---|---|---|---|---|---|---|
| 05-15-2025 NO | - | 125676349 | May 15 2025 4:46:41:003PM | OSCN\eFiling | - | $ 0.00 |

NOTICE OF FILING NOTICE OF REMOVAL

📄 *Document Available at Court Clerk's Office (#1062008564)*

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| Goldman Sachs Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Ammerman, Bradley | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 58.00 | $ 58.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 58.00 | $ 58.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at May 16, 2025 11:51 AM

End of Transmission.