**EXHIBIT A**

*Received
via cert mail
4/05/25*

NAME:        Bradley Ammerman
ADDRESS:   120 E 5th Street
                     Arcadia, Oklahoma 73007
PHONE:      +1 405-414-3338
                     Plaintiff, in propria persona

## SMALL CLAIMS COURT OF OKLAHOMA COUNTY

| | | |
|---|---|---|
| Bradley Ammerman | } | Case No. SC-2025-7196 |
| _Plaintiff,_ | } | |
| v. | } | Date: 04/11/2025 |
| | } | |
| Goldman Sachs Bank | } | |
| _Defendant._ | } | |

## *REQUEST FOR ADMISSIONS*

COMES NOW Plaintiff, pursuant to FRCP Rule 36(a)(3), requests that the Defendant answer, under oath and in writing within thirty days of service, the following Request for Admissions. Requests for admission may require a party to admit the truth of any matters relating to "facts, the application of law to fact, or opinions about either." FRCP 36(a)(1)(A).

### I. INSTRUCTIONS

If objection is made, the reasons shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter. An answering party may not give lack of info or knowledge as a reason for failure to admit or deny unless it's stated that reasonable inquiry and info known or readily obtainable is insufficient to enable admittance or denial. A party who considers that a matter of which an admission had been requested presents a genuine issue for trial, may not, on that ground alone, object to the request. The answers shall include knowledge of the parties to whom the request is directed, their attorneys, all agents, servants, representatives, investigators and others who may have obtained info on behalf of those parties or their attorneys. Each party to whom this request is directed, is required to supplement, in the time period allowed, his/her response with respect to any question directly addressed to the identity and location of persons having knowledge of discoverable matters and the identity of each person expected to testify and the substance of his/her testimony. The party to whom this request is directed is required to amend, in the time allowed, a response if he/she obtains information the basis of which he/she knows that the response was incorrect when he/she knows that the response, though correct when made, is no longer true and the circumstances are such that a failure to amend a response is in substance a knowing concealment.

Rule 37(c)(2) provides that if a party fails to admit the truth of a matter under Rule 36, and the requesting party later proves the matter to be true, the requesting party may move after trial to recover the reasonable expenses, including attorney's fees, incurred in making the proof. U.S. v. Operation Rescue Nat'l, 111 F. Supp. 2d 948, 967-68 (1999); 8A Charles Alan Writ, Aruthur R.

Miller & Richard Marcus, Federal Practice and Procedure 2290 (3d ed. 2002).

## II. REQUEST FOR ADMISSIONS

**REQUEST NO. 1:** Admit that you are a buyer of debts. ❏ Admit ❏Deny (if denial, explain)

**REQUEST NO. 2:** Admit the alleged debt in question was purchased from the original creditor. ❏ Admit ❏Deny (if denial, explain)

**REQUEST NO. 3:** Admit <u>American Jurisprudence 2d 73</u> states that *"The right of subrogation does not exist for a stranger to the transaction."* ❏ Admit ❏Deny (if denial, explain)

**REQUEST NO. 4:** Admit that you received a letter named *Debt Validation Request* on 03/12/2025. ❏ Admit ❏Deny

**REQUEST NO. 5:** Admit that you received a letter named *Notice of Fault and Opportunity to Cure* on 03/25/2025. ❏ Admit ❏Deny

**REQUEST NO. 6:** Admit that you did not send a Certified or Registered Mail confirmation in regards to the alleged debt being in dispute. ❏ Admit ❏Deny (if denial, explain)

**REQUEST NO. 7:** Admit that you did not verify the alleged debt with the original creditor, obtaining a sworn affidavit by an authorized representative with first-hand knowledge of the account. ❏ Admit ❏Deny (if denial, explain)

**REQUEST NO. 8:** Admit that you did not validate with the original creditor, by obtaining the contract that gave rise to the alleged debt. ❏ Admit ❏Deny (if denial, explain)

**REQUEST NO. 9:** Admit that, per Restatement 2nd § 69, agreement by tacit acquiescence constitutes a valid contract. ❏ Admit ❏Deny (if denial, explain)

**REQUEST NO. 10:** Admit that you did not notify all Credit Reporting Agencies (CRA) that the alleged debt was in dispute. ❏ Admit ❏Deny (if denial, explain)

**REQUEST NO. 11:** Admit that you are liable for the invalidated debt and thus multiple violations of the FCRA, FDCPA, TCPA and/or FOTI. ❏ Admit ❏Deny (if denial, explain)

**I AFFIRM** that a copy of this MOTION and AFFIDAVIT was mailed / delivered to:
❏ Plaintiff or ❏ Plaintiff's attorney | ❏ Defendant or ❏ Defendant's attorney.

by: _____                    DATED: _0 4_/ _1 1_ /20 _25_

Bradley Ammerman

IN THE DISTRICT COURT, COUNTY OF OKLAHOMA, STATE OF OKLAHOMA

Bradley Ammerman
**Plaintiff**

120 E 5th Street, Arcadia, OK 73007
**Address**

405-414-3338
**Phone**

SC25 7196

Small Claims No._____

vs.

Goldman Sachs Bank
**Defendant**

**AFFIDAVIT**

## SC-2025-7196

STATE OF OKLAHOMA    }
                     }SS.
COUNTY OF OKLAHOMA   }

Bradley Drew Ammerman being duly sworn, deposes and says:

That the defendant resides at _____N/A_____

in the above named county, and that the mailing address of the defendant is ___200 West Street___ ___New York, NY 10282___

That the defendant is indebted to the plaintiff in the sum of $ 1,000 for consumer protection afforded by FCRA § 62? Disputed alleged debt and defendant failed to report dispute to the credit bureaus

that the plaintiff has demanded payment of the said sum, but the defendant refused to pay the same and no part of the amount sued for has been paid. Re: Acct # 5212 678614386734    OR

That the defendant is wrongfully in possession of certain personal property described as _____

_____

that the value of said personal property is $_____, that the plaintiff is entitled to possession thereof and has demanded that the

defendant relinquish possession of said personal property, but that defendant wholly refuses to do so.

**THE PLAINTIFF ACKNOWLEDGES HE/SHE IS DISCLAIMING A RIGHT TO A TRIAL BY JURY ON THE MERITS OF THE CASE.**

X _____

Subscribed and sworn to before me this ___11___ day of ___April___ , 20_25_.

RICK WARREN COURT CLERK

My Commission Expires:

_____    By: _____
                                      Deputy or Judge – Notary Public

## ORDER

The people of the State of Oklahoma, to the within - named defendant:
You are hereby directed to appear and answer the foregoing claim and have with you all books, papers and witnesses needed by you to establish your defense to said claim.
This matter shall be heard at the Oklahoma County Court House, 321 Park Avenue, in Oklahoma City, Oklahoma County, State of Oklahoma, at the hour of ___8:30^A___ o'clock of the ___3rd___ day of ___June___ , 20_25_. And you are further notified that in case you do not so appear, judgment will be given against you as follows: for the amount of said claim as it is stated in said affidavit, or for possession of the personal property described in said affidavit. And, in addition, for costs of the action (including attorney fees where provided by law), including costs of service of the order.

WHITE – COURT CLERK'S OFFICE
YELLOW – SERVICE COPY
PINK – RETURN OF SERVICE COPY
GOLD – PLAINTIFF'S COPY

Holman 626

Dated this ___11___ day of ___April___ , 20_____
RICK WARREN COURT CLERK

By: _____
Deputy or Judge – Notary Public

# RETURN OF SERVICE BY SHERIFF

## PERSONAL SERVICE

I Certify that I received the foregoing affidavit and order on the_____day of_____, 20____, and that I delivered a copy of said affidavit and order to each of the following named defendants personally in_____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## USUAL PLACE OF RESIDENCE

I certify I received the foregoing affidavit and order on the_____day of_____ 20____ and that on_____, I served_____ by leaving a copy of said affidavit and order at _____ which is his usual place of residence, with _____, a resident therein over fifteen (15) years of age.

I certify that on_____, I served_____ by leaving a copy of said affidavit and order at _____ which is his usual place of residence, with _____, a resident therein over fifteen (15) years of age.

## CORPORATION RETURN

Received this affidavit and order this_____day of_____,20____ and as commanded therein, I summoned the within named defendant, as follows, to wit:

_____ a corporation, on the_____day of_____, 20____ by delivering a true and correct copy of the within affidavit and order hereof with endorsements thereon to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer, or other chief officer not being found in said county.

## NOT FOUND

Received this affidavit and order this_____day of_____ 20____ I certify that the following persons or the defendant within was not found in said county:

_____
_____
_____

## FEES

Fee for service $_____, Mileage $_____, Total $_____
Dated this_____day of_____, 20____

Tommie Johnson III, Sheriff

By: _____Deputy
Oklahoma County, Oklahoma

## CERTIFICATE OF SERVICE BY MAIL

I Certify that I mailed copies of the foregoing affidavit and order to the following named defendants at the address shown, by certified mail, addressee only, return receipt requested, on the_____day of_____, 20____, and receipt thereof on the dates shown:

| Address Where Served | Address Where Served | Date Receipted |
|---|---|---|
| | | |
| | | |

RICK WARREN COURT CLERK

By: _____
Deputy

IN THE DISTRICT COURT, COUNTY OF OKLAHOMA, STATE OF OKLAHOMA

Bradley Ammerman
**Plaintiff**

20 E 5th Street, Arcadia, OK 73007
**Address**

405-414-3338
**Phone**

Small Claims No._____

vs.

Goldman Sachs Bank
**Defendant**

**AFFIDAVIT**

SC-2025-7196

STATE OF OKLAHOMA    }
                     }SS:
COUNTY OF OKLAHOMA    }

_____Bradley Drew Ammerman_____ being duly sworn, deposes and says:

That the defendant resides at _____N/A_____

in the above named county, and that the mailing address of the defendant is ___200 West Street___ ___New York, NY 10282___

That the defendant is indebted to the plaintiff in the sum of $_1,000_ for _consumer protection afforded by FCRA § 623_ Disputed alleged debt and defendant failed to report dispute to the credit bureaus

that the plaintiff has demanded payment of the said sum, but the defendant refused to pay the same and no part of the amount sued for has

been paid. Re: Acct # 5212678614386734     **OR**

That the defendant is wrongfully in possession of certain personal property described as _____

_____

that the value of said personal property is $_____, that the plaintiff is entitled to possession thereof and has demanded that the

defendant relinquish possession of said personal property, but that defendant wholly refuses to do so.

**THE PLAINTIFF ACKNOWLEDGES HE/SHE IS DISCLAIMING A RIGHT TO A TRIAL BY JURY ON THE MERITS OF THE CASE.**

X_____

Subscribed and sworn to before me this ___11___ day of _____, 20_____.

RICK WARREN COURT CLERK

My Commission Expires:

_____

By: _____
Deputy or Judge – Notary Public

## ORDER

The people of the State of Oklahoma, to the within - named defendant:
You are hereby directed to appear and answer the foregoing claim and have with you all books, papers and witnesses needed by you to establish your defense to said claim.
This matter shall be heard at the Oklahoma County Court House, 321 Park Avenue, in Oklahoma City, Oklahoma County, State of Oklahoma, at the hour of ___8:30ª___ o'clock of the ___3rd___ day of ___June___, 20_25_. And you are further notified that in case you do not so appear, judgment will be given against you as follows: for the amount of said claim as it is stated in said affidavit, or for possession of the personal property described in said affidavit. And, in addition, for costs of the action (including attorney fees where provided by law), including costs of service of the order.

WHITE – COURT CLERK'S OFFICE
YELLOW – SERVICE COPY
PINK – RETURN OF SERVICE COPY
GOLD – PLAINTIFF'S COPY

Holman 626

Dated this ___11___ day of _____ 20_____
RICK WARREN COURT CLERK

By: _____
Deputy or Judge – Notary Public

# RETURN OF SERVICE BY SHERIFF

## PERSONAL SERVICE

I Certify that I received the foregoing affidavit and order on the_____day of_____, 20____, and that I delivered a copy of said affidavit and order to each of the following named defendants personally in_____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## USUAL PLACE OF RESIDENCE

I certify I received the foregoing affidavit and order on the_____ day of_____ 20____ and that on_____, I served_____ by leaving a copy of said affidavit and order at _____ which is his usual place of residence, with _____, a resident therein over fifteen (15) years of age.

I certify that on_____, I served_____ by leaving a copy of said affidavit and order at _____ which is his usual place of residence, with _____, a resident therein over fifteen (15) years of age.

## CORPORATION RETURN

Received this affidavit and order this_____day of_____,20____ and as commanded therein, I summoned the within named defendant, as follows, to wit:

a corporation, on the_____day of_____, 20____ by delivering a true and correct copy of the within affidavit and order hereof with endorsements thereon to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer, or other chief officer not being found in said county.

## NOT FOUND

Received this affidavit and order this_____ day of_____ 20____ I certify that the following persons or the defendant within was not found in said county:

## FEES

Fee for service $_____, Mileage $_____, Total $_____

Dated this_____ day of_____, 20__

Tommie Johnson III, Sheriff

By: _____Deputy
Oklahoma County, Oklahoma

## CERTIFICATE OF SERVICE BY MAIL

I Certify that I mailed copies of the foregoing affidavit and order to the following named defendants at the address shown, by certified mail, addressee only, return receipt requested, on the_____day of _____, 20____, and receipt thereof on the dates shown:

| Address Where Served | Address Where Served | Date Receipted |
|---|---|---|
| | | |
| | | |
| | | |

RICK WARREN COURT CLERK

By: _____
Deputy



U.S. POSTAGE PAID
FCM LETTER
ARCADIA, OK 73007
APR 12, 2025

$9.68
S2324P500177-55

Retail

UNITED STATES
POSTAL SERVICE

RDC 99

10282

CERTIFIED MAIL

0410 0003 0266 6250

Goldman Sachs Bank
200 West Street
New York, NY 10282

Bradley Ammerman
120 E 5th Street
Arcadia, OK 73007
courier@mydesk  –  courier@mydesk  –  courier@mydesk  –  courier@mydesk

**Rankin, Kenneth**

200W/015/304B02/003        rankk
Ext: + 12123570499

70220410000302666250

1

Ref: 7256254

