IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

SEP 2 6 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____, DEPUTY

BRADLEY AMMERMAN,

      Plaintiff,

VS.

      CASE NO. 5:25-CV-00539-JD

GOLDMAN SACHS BANK USA,

      Defendant.

---

## PLAINTIFF'S AMENDED COMPLAINT

---

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §1331, as this action arises under federal statutes, including the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq.

2. Venue is proper in this District under 28 U.S.C. §1391(b), as the events giving rise to this complaint occurred in Oklahoma County, Oklahoma, where Plaintiff resides and Defendant conducts business.

### II. PARTIES

3. Plaintiff, **Bradley Ammerman**, is a resident of Oklahoma County, Oklahoma.

1

4. Defendant, **Goldman Sachs Bank USA,** is a national bank with headquarters in New York, authorized to conduct business in Oklahoma.

## III. FACTUAL BACKGROUND

5. Defendant claims that Plaintiff owes a consumer debt in the approximate amount of $5,656.

6. On or about **March 3, 2025,** Plaintiff disputed the alleged debt and sent written requests to Defendant for **validation and verification** of the account. (EXHIBIT A)

7. Defendant failed to provide validation or verification.

8. Despite failing to validate the debt, Defendant continued reporting the alleged debt to credit reporting agencies. (EXHIBIT B)

9. This caused Plaintiff harm, including denial of credit opportunities, damage to credit reputation, and emotional distress.

## IV. CLAIMS FOR RELIEF

**Count I – Fair Debt Collection Practices Act (FDCPA)**

10. Plaintiff re-alleges paragraphs 1–9.

11. Defendant attempted to collect a debt without proper validation, violating 15 U.S.C. §1692g(b).

**Count II – Fair Credit Reporting Act (FCRA)**

12. Plaintiff re-alleges paragraphs 1–9.

13. Defendant reported inaccurate and unverifiable information to consumer reporting agencies, violating 15 U.S.C. §§1681s-2(a) and (b).

**Count III – Oklahoma Consumer Protection Act (OCPA)**

14. Plaintiff re-alleges paragraphs 1–9.

15. Defendant's actions constitute unfair and deceptive practices in violation of 15 O.S. §751 et seq.

## V. DAMAGES

16. As a result of Defendant's unlawful conduct, Plaintiff suffered:

- Actual damages, including but not limited to $5,656 in financial harm,

- Reputational damage,

- Emotional distress.

17. Plaintiff seeks statutory damages, actual damages, punitive damages (where allowed), court costs, and further relief deemed just and proper.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment in Plaintiff's favor and against Defendant for:

a. Actual damages in the amount of **$5,656.00**;

b. Statutory damages under FDCPA and FCRA;

c. Punitive damages as allowed by law;

d. Costs of this action;

e. All other relief the Court deems just and proper.

Respectfully Submitted this 25th day of September, 2025.

Bradley Ammerman (pro se)

120 E 5th Street

Arcadia, OK 73007

405-414-3338

4

# CERTIFICATE OF SERVICE

I certify that on September 25, 2025, I electronically served the foregoing PLAINTIFF'S

AMENDED COMPLAINT on Nicholas V. Merkley and Shawn D. Golden via email.

Bradley Ammerman